COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Todd David Rogers v. Gina Marie Rogers

Appellate case number:    01-15-00224-CV

Trial court case number:  12-DCV-199022

Trial court:              434th District Court of Fort Bend County

On September 22, 2015, this Court granted the motion by appellant, Todd David Rogers, to extend the abatement of this appeal to allow for appellant to provide evidence of payment, or arrangements to pay, for the supplemental clerk's record containing the final judgment. *See* TEX. R. APP. P. 27.2. On October 8, 2015, a compliant supplemental clerk's record with the final decree of divorce, signed by the trial court on September 14, 2015, was filed in this Court. *See id.* 34.5(c)(3).

Accordingly, we sua sponte **REINSTATE** this case on this Court's active docket. Appellant's brief is **ORDERED** to be filed no later than **30 days** from the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(2), (d). Appellee's brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See id.* 38.6(b).

It is so **ORDERED**.

Judge's signature: /s/ <u>Laura Carter Higley</u>
                    ☒ Acting individually    ☐ Acting for the Court

Date:  October 13, 2015